**No. 10-9183. Jerry Whitlock, Petitioner v. Mississippi.**

563 U.S. 964, 131 S. Ct. 2158, 179 L. Ed. 2d 943, 2011 U.S. LEXIS 3202.

April 25, 2011. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

Same case below, 47 So. 3d 668.

**No. 10-9191. David L. Mojarro, Petitioners v. Matthew Cate, Secretary, California Department of Corrections and Rehabilitation.**

563 U.S. 964, 131 S. Ct. 2159, 179 L. Ed. 2d 943, 2011 U.S. LEXIS 3262.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-9211. Clarke Sheldon Lowe, Petitioner v. Matthew Cate, Secretary, California Department of Corrections and Rehabilitation.**

563 U.S. 965, 131 S. Ct. 2175, 179 L. Ed. 2d 943, 2011 U.S. LEXIS 3278.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 390 Fed. Appx. 709.

**No. 10-9214. Hattie L. King, Petitioner v. UT Medical Group, Inc., et al.**

563 U.S. 965, 131 S. Ct. 2159, 179 L. Ed. 2d 943, 2011 U.S. LEXIS 3248,

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-9226. Juan Bradley, Petitioner v. Norman Kravosha, former Chief Justice, Supreme Court of Nebraska, et al.**

563 U.S. 965, 131 S. Ct. 2159, 179 L. Ed. 2d 943, 2011 U.S. LEXIS 3226.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-9245. Daniel R. Searles, Petitioner v. Frank Pompilio, et al.**

563 U.S. 965, 131 S. Ct. 2160, 179 L. Ed. 2d 943, 2011 U.S. LEXIS 3343.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-9265. Richard Hodges, Petitioner v. Fernando Gonzalez, Warden.**

563 U.S. 965, 131 S. Ct. 2160, 179 L. Ed. 2d 943, 2011 U.S. LEXIS 3284.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 393 Fed. Appx. 445.